# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **CINDY JEFFERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    No. 3:12-CV-427 |
| | )    (Phillips) |
| **NCC, a division of COMMONWEALTH** | ) |
| **FINANCIAL SYSTEMS,** | ) |
| | ) |
|     **Defendant.** | ) |

## MEMORANDUM OPINION

This matter is before the court on the plaintiff Cindy Jeffers' motion for entry of default judgment [Doc. 7]. Plaintiff's motion for default judgment was referred to Magistrate Judge C. Clifford Shirley pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. 9]. In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, Magistrate Judge Shirley filed a Report and Recommendation ("R&R") recommending judgment be entered as follows:

    1.    Plaintiff be awarded statutory damages under 15 U.S.C. § 1692k(a)(2) in the total amount of $1,000.00; and

    2.    Plaintiff be awarded $3,332.00 in attorney's fees under 15 U.S.C. § 1692k(a)(3).

Neither party filed objections within the given 14 days.

After reviewing the record, the court agrees with Magistrate Judge Shirley's Report and Recommendation. The court thus **ACCEPTS** and **ADOPTS** the magistrate judge's finding of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b).

Order to follow.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge