UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **CINDY JEFFERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-427 |
| ) | (Phillips) |
| **NCC, a division of COMMONWEALTH** ) | |
| **FINANCIAL SYSTEMS,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for default judgment filed by plaintiff Cindy Jeffers. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Cindy Jeffers recover from defendant NCC, the total sum of $4,332.00 in damages and attorney's fees, as well as the costs of this action.

Dated at Knoxville, Tennessee, this _____ day of June, 2013.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
United States District Judge